IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | FILED | CIVIL ACTION |
| v. | AUG 18 2014 | |
| CHOICE HOTELS RODEWAY INN | MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk | NO. 14-4447 |

## ORDER

AND NOW, this 18th day of August, 2014, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis*, his complaint, and his motion for appointment of counsel, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. The dismissal is without prejudice to plaintiff refiling his state law claims in state court.

3. Plaintiff's motion for counsel is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.